IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL ONLEY | : | CIVIL ACTION NO. 1:13-CV-2833 |
| | : | |
| Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of | : | |
| Social Security | : | |
| | : | |
| Defendant | : | |

## O R D E R

Before the Court in the above captioned action is a March 10, 2015 Report and Recommendation of the Magistrate Judge. No objections have been filed to the Report and Recommendation. Accordingly, this 31st day of March 2015, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson.

2) The final decision of the Commissioner is **AFFIRMED**. Mr. Onley's request for the award of benefits, or in the alternative a new administrative hearing is **DENIED**.

3) The Clerk of Court shall **CLOSE** the case.

s/ Yvette Kane
YVETTE KANE, District Judge
United States District Court